```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

GUANG LI, ET AL.,

              Plaintiffs,

    - against -

DH AND SONS INC., ET AL.,

              Defendants.

------------------------------------

22-cv-8701 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by January 18, 2023.

SO ORDERED.

Dated:    New York, New York
           January 3, 2023

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                             United States District Judge