UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUANG LI, ET AL.,

              Plaintiffs,

- against -

DH AND SONS INC., ET AL.,

              Defendants.

---

22-cv-8701 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for February 21, 2023, at 4:30 p.m. is **canceled**.

SO ORDERED.
Dated:    New York, New York
           February 15, 2023

                                        John G. Koeltl
                                United States District Judge