UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUANG LI, ET AL.,

    Plaintiffs,

- against -

DH AND SONS INC., ET AL.,

    Defendants.

22-cv-8701 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

  To assist the Court in determining the reasonableness of the settlement and attorney's fees, by **January 17, 2024,** the plaintiff should provide the following information: (1) the settlement agreement; (2) an explanation of the reasonable and adequate nature of the settlement and attorney's fees; and (3) the information necessary to calculate the "lodestar cross-check" -- namely the time records for the attorney work performed, the usual hourly rate for the plaintiff's counsel, and a brief biography of any lawyers who worked on the case.

SO ORDERED.

Dated: New York, New York
    January 4, 2024

              _____
                John G. Koeltl
              United States District Judge