# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

February 22, 2024

**BY ECF**

Hon. Valerie Figueredo, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Li, et al. v. DH & Sons Inc., et al.*
              *Case No. 22-CV-8701 (VF)*

Dear Judge Figueredo,

     We are counsel to the plaintiffs in the above-referenced matter. As the parties continue to finalize their settlement papers, please accept this letter as the parties' joint request for an extension of time to file same until March 1, 2024.

     No prior request for similar relief has been made, and no other dates will be affected.

     We thank the Court for considering this application.

                              Respectfully submitted,

                              /s/ *Justin Cilenti*
                              Justin Cilenti

cc:    Alexander Bogdan, Esq. (by ECF)

---

**Application Granted**

/s/ Valerie Figueredo, U.S.M.J.

DATED: February 23 2024

The parties are directed to file a status update by **March 1, 2024**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 26.